FILED

2013 JUN -5 PM 2:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 13- **CR13-0405** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 1030(a)(5)(A), |
| MEZAR CHAKWA, | (c)(4)(B)(i), (c)(4)(A)(i)(I): Unauthorized Impairment of a Protected Computer] |
| Defendant. | |

The Grand Jury charges:

Introductory Allegations

1.   At all times relevant to this Indictment:

     a.   3PL Systems, Inc. ("3PL") was a software company in Long Beach, California, that developed specialized software for use by companies in the freight brokerage industry, that is, companies that served as middlemen between shippers and carriers of goods. 3PL's software, which it called "BrokerWare," allowed its customers to run their own transportation and logistics services via the Internet without having to develop the technology and maintain servers themselves; instead, the

1   customers used 3PL's BrokerWare software on servers that 3PL
2   maintained and managed at hosting facilities in Los Angeles,
3   California.   The BrokerWare software allowed 3PL's customers to,
4   among other things, book, dispatch, and track shipments of
5   goods; create and manage quotes; create sales reports; and
6   calculate prices, tariffs, and commissions.   The software also
7   integrated with customers' financial software systems, including
8   their accounting and payment processing systems.   Each customer
9   was provided a username and password to access and manage its
10   data and services hosted on 3PL's servers.
11         b.   Defendant MEZAR CHAKWA ("defendant CHAKWA") was a
12   resident of Anaheim, California, and worked at 3PL until
13   January 10, 2012, when he was terminated.   Following his
14   termination, for approximately two months, defendant CHAKWA
15   accessed, without authorization, 3PL's computer systems,
16   including those that hosted and ran the BrokerWare software
17   powering the transportation and logistics systems of 3PL's
18   numerous customers.   Defendant CHAKWA altered data on such
19   systems, thereby disrupting and disabling various services and
20   features for 3PL and its customers.
21   Unauthorized Impairment
22         2.   From on or about January 10, 2012, through on or about
23   March 19, 2012, in Los Angeles, Orange, and Riverside Counties,
24   within the Central District of California, and elsewhere,
25   defendant CHAKWA knowingly caused the transmission of programs,
26   information, codes, and commands, and as a result of such
27   conduct, intentionally caused damage without authorization by
28   impairing the integrity and availability of data, programs,

systems, and information on computers systems that were used in and affecting interstate and foreign commerce and communication, specifically, the computer systems of 3PL located in Los Angeles, California, thereby causing a loss to 3PL aggregating at least $5,000 in value during a one-year period beginning on or about January 10, 2012.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section

ERIC D. VANDEVELDE
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual Property Crimes Section